**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 25-1233**

─────────

HARREY ANTHONY BROWN; KESHA LYNETTE BROWN,

        Plaintiffs - Appellants,

    v.

UNITED STATES OF AMERICA,

        Defendant – Appellee,

   and

BROOKE ARMY MEDICAL CENTER (BAMC); ATTENDING DR. GEORGE
J. KALLINGAL; ATTENDING DR. ALEXANDER ERNEST; RESIDENT DR.
GRACE E. PARK,

        Defendants.

─────────

Appeal from the United States District Court for the District of South Carolina, at
Charleston.  David C. Norton, District Judge.  (2:21-cv-03801-DCN)

─────────

Submitted:  May 15, 2025                    Decided:  May 20, 2025

─────────

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Harrey Anthony Brown, Kesha Lynette Brown, Appellants Pro Se. William Hammond Jordan, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harrey Anthony Brown and Kesha Lynette Brown seek to appeal the district court's order denying their motions to reconsider the denials of various pretrial motions and for evidentiary hearing. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Appellants' motion to expedite and grant the Government's motion to dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3